DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**CHALIN MERRIHEW,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D21-2047

[January 27, 2022]

Appeal of order denying rule 3.850 motion from the Circuit Court for the Nineteenth Judicial Circuit, Martin County; Sherwood Bauer, Jr., Judge; L.T. Case No. 432017CF000940A.

Chalin Merrihew, Raiford, pro se.

No appearance required for appellee.

PER CURIAM.

*Affirmed.*

MAY, DAMOORGIAN and LEVINE, JJ., concur.

* * *

***Not final until disposition of timely filed motion for rehearing.***